JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN FISHER,<br><br>　　　Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES et al.,<br><br>　　　Defendants. | Case No. 2:22-cv-05133-SB-AS<br><br>FINAL JUDGMENT |

　　　Based on the parties' November 3, 2022 stipulation of partial dismissal and for the reasons stated in the Court's February 25, 2023 order on Defendants' motion to dismiss and the Court's separate order granting Defendants' motion for summary judgment entered this day, it is ORDERED AND ADJUDGED that Plaintiff Julian Fisher's claims against Defendants Abbott Laboratories and AbbVie, Inc. are DISMISSED with prejudice.

　　　This is a final judgment.

Date: October 27, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge